KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAZIE GREER, | ) |
| | ) |
| Plaintiff, | ) CIVIL NO.  05-02322 BZ |
| | ) |
| v. | ) STIPULATION AND ORDER EXTENDING |
| | ) DEFENDANT'S TIME TO RESPOND TO |
| JO ANNE B. BARNHART, | ) PLAINTIFF'S COMPLAINT |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

file her response to plaintiff's complaint.  Defendant's response was due on September 27, 2005,

pursuant to Civil L.R.16-5.  Defendant's response is now due on October 27, 2005.

///

///

///

///

///

///

///

1    This is defendant's first request.

2

3

4

5    Dated:  September 24, 2005            /s/
                                    FREDERICK CRAW
6                                   Attorney for Plaintiff

7
                                    KEVIN V. RYAN
8                                   United States Attorney

9

10

11

12   Dated:  September 27, 2005    By:       /s/
                                    SARA WINSLOW
13                                  Assistant United States Attorney

14
     PURSUANT TO STIPULATION, IT IS SO ORDERED:
15

16

17

18

19   Dated:  September 27, 2005

20                                  BERNARD ZIMMERMAN
                                    United States Magistrate Judge
21

22

23

24

25

26

27

28

GREER, EXT.MXSJ (jnc)
C 05-02322 BZ                         2