Frederick George Craw, SBN 099511
Law Offices of Frederick George Craw
1232 Market Street, Suite 102
San Francisco, California 94102-4803
Telephone: (415) 861-5656
Facsimile: (415) 861-2309
Electronic Mail: fgclaw@aol.com

Attorney for Plaintiff
Mazie Greer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Mazie Greer,

                Plaintiff,

vs.

Jo Anne B. Barnhart, Commissioner,
Social Security Administration,

                Defendant.

Case No. C-05-02322 BZ

Stipulation and Order Extending Time
to File Plaintiff's Motion for Summary
Judgment or Remand

IT IS HEREBY STIPULATED between the parties, through their respective attorneys
of record, and subject to the approval of the Court, that Plaintiff Mazie Greer may have an
extension of time to JANUARY 13, 2006 to file a Motion for Summary Judgment or Remand.

Dated: November 21, 2005

                                      Frederick George Craw
                                      Attorney for Plaintiff

Dated: 11/21/05

                                      Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 28, 2005

                                      Magistrate Judge

IT IS SO ORDERED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA