Frederick George Craw, SBN 099511
1232 Market Street, Suite 102
San Francisco, CA 94102-4803
Telephone: (415) 861-5656
Facsimile: (415) 861-2309
E-Mail:   fgclaw@aol.com

Attorney for Plaintiff

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| MAZIE GREER,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant. | Case No.: No. CV-05-2322-BZ<br><br>STIPULATION AND ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by, and between, the parties that the above-captioned action is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

Dated: January 5, 2006

_____
Frederick George Craw

Dated: 1/6/06

_____
Attorney for Defendant

IT IS SO ORDERED.

Dated: January 9, 2006

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER FOR DISMISSAL - CV-05-2322-BZ

TOTAL P.01